**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUN HOU,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE ADELANTO DETENTION CENTER, et al.,<br><br>Respondents. | Case No. EDCV 26-6671 PVC<br><br>**MEMORANDUM DECISION AND ORDER ORDERING A BOND HEARING WITHIN SEVEN DAYS OR IMMEDIATE RELEASE** |

Petitioner Jun Hou ("Petitioner"), a Chinese national, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), against the Warden of the Adelanto Detention Center on November 7, 2026. (Pet., Dkt. No. 1). The Petition states that Petitioner has been in immigration custody since September 2026. (*Id.* at 3).[1] Petitioner is currently detained at the Adelanto ICE Processing Facility in Adelanto, California. (*Id.*). Petitioner alleges that the search and arrest without notice, a warrant, or a hearing and continued detention violate the Due Process Clause of the Fifth Amendment, the Fourth Amendment, 8 U.S.C. § 1357(a)(2), and

[1] For ease of reference, when referring to the filings, the Court uses page numbers generated by CM/ECF. These numbers are printed in a blue ribbon at the top of each page filed on the docket.

8 C.F.R. § 287.8(c)(2)(ii). (*Id.* at 11–18). The Petition seeks relief in the form of an order requiring that Respondents immediately release Petitioner, enjoining Respondents from revoking Petitioner's grant of release without providing prior written notice, an opportunity to respond, and representation by counsel prior to the deprivation of liberty when he is not yet subject to a final order of removal, and awarding Petitioner's reasonable costs and attorney fees. (*Id.* at 19–20).

On November 16, 2026, Respondents filed an Answer. (Dkt. No. 8). The Answer conceded that Petitioner is entitled to a bond hearing pursuant to 8 U.S.C. § 1226(a) and *Rodriguez Vazquez v. Bostock*, No. 25-6842, 2026 WL 2196424, at *3 (9th Cir. July 30, 2026) ("[W]e conclude that aliens present without admission who are apprehended in the interior of the United States are subject to the detention regime of § 1226, not § 1225(b)(2)(A)."). (*See* Dkt. No. 8 at 2).

In light of Respondents' concession, Petitioner is entitled to a bond hearing.

IT IS THEREFORE ORDERED that:

(1) within seven days, Respondents release Petitioner **Jun Hou (A# 240-788-393)** or provide Petitioner with an individualized bond hearing under 8 U.S.C. § 1226(a);

(2) Respondents file a notice of compliance advising how they complied with this Order within seven days;

(3) the parties file a joint status report within 14 days informing the Court of the outcome of any bond hearing, whether any issues remain, and the parties' positions on whether additional briefing is needed on any

remaining issues. If so, the parties shall submit a proposed briefing schedule. If not, Petitioner shall within the same 14 days file a motion for voluntary dismissal or the parties shall submit a stipulated judgment.

DATED: November 18, 2026

PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE